IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TEMPLE BUILDING SYSTEMS, INC. d/b/a TEMPLE & ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>TRACI COX,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>) 4:22-cv-00172-ASM<br>)<br>)<br>) **AGREED AND UNOPPOSED**<br>)<br> |

---

## PLAINTIFF'S AND DEFENDANT'S AGREED MOTION TO ENTER AGREED ORDER OF NONSUIT OF ALL CLAIMS WITH PREJUDICE

---

TO THE HONORABLE JUDGE:

TEMPLE BUILDING SYSTEMS, INC. d/b/a TEMPLE & ASSOCIATES (hereinafter collectively referred to as "Plaintiff"), and TRACI COX (hereinafter referred to as "Defendant"), jointly move the Court to enter an Agreed Order of Non-Suit of all claims with prejudice as follows, and say:

### I.

### SETTLEMENT

---

1. Plaintiff and Defendant have settled their differences and have entered into a written Mediation Settlement Agreement dated May 11, 2022.

## II.

## AGREED ORDER OF NONSUIT WITH PREJUDICE

2. Plaintiff and Defendant jointly move and request the Court to enter an Agreed Order of Nonsuit with Prejudice of any and all claims existing between the parties as of May 11, 2022 and the execution of the Mediation Settlement Agreement.

3. A copy of Plaintiff's and Defendant's proposed Agreed Order of Non-Suit with Prejudice is filed as a proposed order in conjunction with the filing of this motion.

4. Plaintiff and Defendant move the Court to sign and enter the Agreed Order of Non-Suit with Prejudice attached and filed with this motion.

Respectfully submitted,

By: /s/ Charles Bundren

**BUNDREN LAW GROUP, PLLC**
Wm. Charles Bundren, Esq.
Lead Attorney and Attorney-in Charge
State Bar No. 03343200
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(214) 808-3555     Telephone
(972) 624-5340     Facsimile
e-mail:     charles@bundrenlaw.net
**ATTORNEY FOR PLAINTIFF:**

TEMPLE BUILDING SYSTEMS, INC.

## CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that this document has been filed by electronic means through the court's CM/ECF electronic filing system on the date indicated below.

## CERTIFICATE OF SERVICE UNDER LOCAL RULE

Pursuant to LOCAL RULE CV-5 (c)&(d) of the Local Civil Rules of the United States District Court for the Eastern District of Texas, Notice of Electronic Filing of this document automatically generated by this Court's CM/ECF system constitutes service of this document under Federal Rule of Civil Procedure 5(b)(2)(E) and is sufficient service by serving the parties indicated below. In accordance with the United States District Court for the Eastern District of Texas Local Rule CV-5(a)(7)(D) a copy of this document was served opposing counsel in electronic form by serving all legal counsel as indicated below.

## CERTIFICATE OF SERVICE

This is to certify that on this 21st Day of June, 2022, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure and the United States District Court for the Eastern District of Texas Local Rules on all legal counsel of record for any party by serving the following:

Nicholas J. Enoch, Esq.
Texas State Bar No. 24042618
**LUBIN & ENOCH, P.C.**
221 N. Kansas St., Suite 700
El Paso, TX 79901
Phone:            (915) 585-8008
Facsimile: (915) 626-3586
Email:            nick@lubinandenoch.com
**ATTORNEY FOR DEFENDANT:**
**TRACI COX**

__x__ by the Court's CM/ECF Pacer electronic filing System pursuant to FRCP 5(b)(2)(E) and 5(b)(3), and LOCAL RULE CV-5 (c)&(d),

____ by certified mail return receipt requested deposited with the United States Postal Service on the date indicated above pursuant to FRCP 5(b)(2)(C),

____ by email at the email address indicated above pursuant to FRCP 5(b)(2)(E), and in accordance with the United States District Court for the Eastern District of Texas Local Rule CV-5(a)(7)(D) a copy of this document was served opposing counsel in electronic form by serving opposing counsel at the email addresses listed herein.

and/or

____ by hand delivery service on the date indicated above pursuant to FRCP 5(b(2)(A) and (B).

        By: /s/ Charles Bundren
        **ATTORNEY FOR PLAINTIFF:**
        **TEMPLE BUILDING SYSTEMS, INC.**

## CERTIFICATE OF CONFERENCE

 Plaintiff's counsel has complied with the meet and confer requirements in LOCAL RULE CV-7(h). Plaintiff's counsel has conferred with counsel for Defendant and this Motion is agreed to.

        By: /s/ Charles Bundren, Esq.
        **ATTORNEY FOR PLAINTIFF:**
        **TEMPLE BUILDING SYSTEMS, INC.**