IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEMPLE BUILDING SYSTEMS, INC. d/b/a TEMPLE & ASSOCIATES, | ) ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 4:22-cv-00172-ALM |
| | ) | |
| v. | ) | |
| | ) | |
| TRACI COX, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF NONSUIT WITH PREJUDICE

Before the Court is Plaintiff's and Defendant's Joint Agreed Motion to Enter Agreed Order of Non-suit of all Claims with Prejudice (Dkt. # 14) in the above-referenced matter. The Court, having considered the Motion, finds the Motion should be and hereby is GRANTED.

It is **ORDERED** that any and all claims, demands or suits, known or unknown, fixed or contingent, liquidated or unliquidated, whether or not asserted in the above referenced action or not, and any and all causes of action of any kind whatsoever which Plaintiff and Defendant have or may have between them or against the other party as of May 11, 2022, are dismissed with

prejudice except as to the obligations set forth in Plaintiff's and Defendant's May 11, 2022 Confidential Mediation Settlement Agreement.

The Court denies all relief to Plaintiff and Defendant not granted in this ORDER.

This ORDER is final and disposes of all claims between all parties in the above referenced civil action, and the Clerk is directed to close the case.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of June, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE